IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     *

                       *

      Plaintiff               *

                       *

      vs.                   *      CRIMINAL NO. 00-851 (04)(SEC)

                       *

DAVID VAZQUEZ-RIOS        *

                       *

      Defendant          *

* * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT OF DISCHARGE

It appearing that defendant has been charged of the offenses of:

MONEY LAUNDERING-CONTROLLED SUBSTANCE- IMPORT/EXPORT

All in violation of Title 18 United States Code, Section 1956-6802.

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]    The Court has granted defendant's Motion for Judgment of Acquittal, pursuant to Rule 20 (a) of the Federal Rules of Criminal Procedure;

**[X]   The Court has granted defendant's Motion for Dismissal without prejudice, pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure;**

[ ]    The Court has entered a finding of Not Guilty after a Court trial and after execution by the defendant of a waiver of jury and its approval by the Court;

[ ]    The Court has entered an order dismissing the case against defendant due to defendant's death.

It is therefore **ORDERED** and **ADJUDGED** that defendant be, and is hereby

**DISCHARGED**.

In San Juan, Puerto Rico, this 12th day of January 2007.

                         *S/ Salvador E. Casellas*
                         SALVADOR E. CASELLAS
                         U. S. District Judge